UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MOHAMMAD SHAFI NABIZADA #A244-528-476

CASE NO.  1:25-CV-01256 SEC P

-vs-

JUDGE DRELL

U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 27), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS RECOMMENDED that the Petition (ECF No. 1) be GRANTED, and the Department of Homeland Security, U.S. Immigration and Customs Enforcement, and their officers, agents, and employees be ORDERED TO RELEASE Petitioner Mohammad Shafi Nabizada from custody as soon as practical, and under appropriate conditions of supervision under 8 U.S.C. § 1231(a)(3) and (a)(6), if necessary, but in no event later than ____MARCH 24, 2026____.

THUS DONE AND SIGNED at Alexandria, Louisiana this _17th_ day of March 2026.

_____
**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**